FROM: 877-619-4168 TO: 16107917693                              08/28/14 10:13 Pg 1 of 2



**VERSA CARDIO**
Cardiac Diagnostic Services
1-855-329-2233

## FAX COVER SHEET

From: _Versa Cardio_

Cover Sheet Plus __1__ Pages

Thank you for considering our services.

We are a leading provider of cardiac monitoring services to physicians and Healthcare facilities around the country. We enable physicians the ability to perform and be reimbursed for cardiac testing without investment. We provide everything required, including the Cardiac monitoring devices, supplies and billing instructions FREE.

Simply put, you keep our cellular cardiac monitors in your office and use them whenever you need. Your office simply attaches 3 electrodes, inserts battery, and sends the patient home... we do the rest. The patients can be monitored for 48-hours and up to 30 days as needed. We email and fax you results the next day and ongoing update reports throughout the monitoring period. With our technology, there is no manual uploading or sending us anything! Our cardiac monitoring devices transmit "live" data securely over cellular data networks, making our cardiac services one of the easiest in the industry. Our devices are a "single" small cardiac monitor using cellular technology to deliver live 24/7 technician attended monitoring. In the case of an emergency we can inform and deliver results on an ongoing basis. This new form of monitoring is similar to holter monitoring, but also provides emergent results as necessary and up to 30 days of patient monitoring. Our mobile cardiac telemetry monitoring is similar to Holter and Event monitoring combined, but much more effective!

Monitoring the patient's ECG data "live" is not the only benefit to using our services. Your office is reimbursed for the professional components like any other diagnostic tests you provide. We provide the billing codes and diagnostic codes. Increase your revenues without sending the patient out for testing.

Using our FREE service is More Profitable than using the hospital or sending the patient elsewhere and easier to perform than an EKG. Your office bills the patients insurance for the professional components; ie. hookup and interpretation. Our office charges the patients insurance for the technical component...Easy As 1-2-3!

Sincerely,

David
(855) 329-2233

The information contained in this facsimile transmission is privileged and confidential and is intended only for the use of the recipient listed above. If you are neither the intended recipient or the employee or agent of the intended recipient responsible for the delivery of this information, you are hereby notified that the disclosure, copying, use or distribution of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at **1-855-329-2233** to arrange for the return of the transmitted documents to us or to verify their destruction. Please contact us to verify receipt of this Fax or to report problems with the transmission. You may also call toll free to **877-529-3651** to be added to our do-not-fax list. Thank you.



EXHIBIT A

# Need additional Revenues?

Increase revenues today 1-855-329-2233

**VERSA CARDIO**
1-855-329-2233

## Holter/Telemetry

$465 Per Test*
3 Electrodes
Monitored 24/7 (Up to 30 Days!)

Easy as 1-2-3!

Maximize reimbursement, 1-855-329-2233



We provide:
- FREE Cellular EKG Monitors!
- FREE Supplies!
- You Bill Patients Insurance
- No Investment!

Welcome. Physician Assistants, Family Practice, General Practice, Internists and Cardiologists

**V How you get paid:**
- You bill Insurance for Professional Codes, up to $465+.

**V How we get paid:**
- Our office bills insurance for the Technical Component.

**Zero Investment
Increase Revenues**

1. Place 3 Electrodes
2. Insert Battery
3. Bill Insurance

## How Does it Work?

Versa Cardio allows our advanced cellular cardiac monitors to remain in your office for convenience without cost. New cellular telemetry combines holter/event monitoring all in a single monitor with added "live" emergent results. It's never been easier! We send your office monitors, all supplies and simple instructions FREE! Simply place three electrodes and your done! Patient is monitored live via cellular signal while the patient goes about their daily activities, results in minutes. It's that Easy. No sending flash cards, No uploading, No waiting days for shipping. Using our FREE service is More Profitable for your office than sending the patient elsewhere.
Simple as 1-2-3! Call 1-855-329-2233 and INCREASE REVENUES! **It's That Easy!**

www.versacardio.com

EXHIBIT 1B